## Commonwealth ex rel. Twyman, Appellant, *v.* Myers.

Submitted June 14, 1965. *Fred Twyman*, appellant, in propria persona; *Benjamin H. Renshaw, Jr.*, and *Joseph M. Smith*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Vincent, Appellant, *v.* Myers.

Submitted June 14, 1965. *Lorenzo Vincent*, appellant, in propria persona; *Abner H. Silver* and *Joseph M. Smith*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.